# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

September 5, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
United States District Court
 for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>Drum Major Music Entertainment, Inc., et al. v. Universal Music Group, Inc.</u>,
        1:25-cv-04334-DEH (S.D.N.Y.)

Dear Judge Ho:

The undersigned represents Plaintiffs Drum Major Entertainment, Inc. and Darius Harrison ("collectively "Plaintiffs") in the above-referenced lawsuit. I write to report with the consent of UMG Recordings, Inc. ("UMG") (named herein as "Universal Music Group, Inc."), that a settlement has been reached with the defendant.

Plaintiffs request a two-week Nisi Order, until September 18, 2025.

Sincerely,
*Christopher Brown*
Christopher Brown